IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST
VIRGINIA (MARTINSBURG DIVISION)

DAVID AND GABRIELLA SCHULTZ,

    Plaintiffs,

v.                                                  Civil Action No. 3:12-CV-15-JPB

DAN RYAN BUILDERS, INC., and            (GROH)
EAGLE EXCAVATING &
CONTRACTING, LLC,

    Defendants.

## MOTION TO DISMISS CASE

Pursuant to this Court's Order of July 3, 2013, Docket No. 37, and inasmuch as all Parties to the above styled action stipulate that they have entered into a Settlement Agreement on all issues in the above styled action, pursuant to F.R.C.P. 41 and LR Civ P 41.01, the Parties request by this Motion that this Honorable Court **DISMISS** this civil action with prejudice and retire it from the docket of this Court.

                                                        **DAVID AND GABRIELLA SCHULTZ**
                                                        By Counsel

**KIRK H. BOTTNER, ESQ.**
**BOTTNER & SKILLMAN, ATTORNEYS AT LAW**

BY:    **/s/   Kirk H. Bottner**
          **Kirk H. Bottner, Esq.**
          Bottner & Skillman
          Post Office Box 344
          Charles Town, West Virginia 25414
          Phone: 304-728-0158
          Facsimile: 304-725-3988

                                                      **DAN RYAN BUILDERS, INC.**
                                                      By Counsel

**By:**    **/s/ Susan R. Snowden**
            Susan R. Snowden, Esquire
            Martin & Seibert, L.C.
            1453 Winchester Avenue
            Martinsburg, West Virginia 25405

                                                      **EAGLE EXCAVATING &**
                                                      **CONTRACTING, LLC**
                                                      By Counsel

**By:**    **/s/ Suzanne M. Williams-McAuliffe**
            Suzanne M. Williams-McAuliffe, Esquire
            McNeer Highland McMunn & Varner, LC
            275 Aikens Center
            P.O. Box 2509
            Martinsburg, WV 25402